# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

150547

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JEFFREY K. HAYNES and KAREN M. HAYNES,
      Plaintiffs/Counter Defendants-
      Appellants,

v

                                         SC: 150547
                                         COA: 317391
                                         Benzie CC: 12-009517-CH

VILLAGE OF BEULAH,
      Defendant/Counter Plaintiff-
      Appellee.
_____/

      On order of the Court, the application for leave to appeal the October 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015 _____



                                      Clerk

s0624p